In the Matter of WILLIAM HARRISON, Appellant, v NEW YORK STATE DIVISION OF HOUSING AND COMMUNITY RENEWAL, Respondent.

Submitted November 9, 2009; decided December 17, 2009

Reported below, 2009 NY Slip Op 84312(U); 2009 NY Slip Op 78310(U); 2009 NY Slip Op 74196(U).

Motion, insofar as it seeks leave to appeal from the Appellate Division order dismissing the proceeding, dismissed upon the ground that as to such order appellant has failed to demonstrate timeliness as required by Rules of the Court of Appeals (22 NYCRR) § 500.22 (b) (2); motion, insofar as it seeks leave to appeal from Appellate Division orders denying, respectively, appellant's motion for reconsideration or a rehearing and appellant's motion for leave to appeal to the Court of Appeals, dismissed upon the ground that such orders do not finally determine the proceeding within the meaning of the Constitution.